UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:11CR105 NAB |
| | ) |
| TAMMERIA PATRICK, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that defendant's Motion For Additional Time To File Pretrial Motions (Docket No. 17) is granted.

**IT IS FURTHER ORDERED** that the defendant shall have to and including April 22, 2011 in which to file pretrial motions or a waiver thereof. The government shall have until April 29, 2011 in which to respond to any motions filed by the defendant.

**IT IS FURTHER ORDERED** that the pretrial evidentiary hearing will previously set for April 25, 2011, is continued to Monday. May 2, 2011 at 10:00 a.m.

For the reasons set out in the defendant's motion the undersigned finds that to deny defendant's request for such additional time would deny counsel for the defendant the reasonable time necessary for effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, and that the ends of justice served by granting defendant's request for additional time outweigh the best interest of the public and the defendant in a speedy trial, and therefore, the time granted to defendant to investigate and prepare pretrial motions, or a waiver thereof, is excluded from computation of the time for a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)..

/s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of April, 2011.